UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM MARTIN, III | CIVIL ACTION NO. 11-CV-1368 |
| VERSUS | JUDGE TUCKER L. MELANÇON |
| JANET NAPOLITANO | MAGISTRATE JUDGE HANNA |

### **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and considering objections raised, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that the Motion to Dismiss filed by defendant [Rec. Doc. 13] is GRANTED, and the claims of the defendant are DISMISSED, WITH PREJUDICE.

THUS DONE AND SIGNED at Lafayette, Louisiana, this 23rd day of April, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE